UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY ANNE BEAR,<br><br>         Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>         Defendant. | CIVIL ACTION NO. 3:19-CV-01414<br><br>(MEHALCHICK, M.J.) |

# ORDER

AND NOW, this 21st day of August, 2020, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Judy Anne Bear benefits under Title II of the Social Security Act (*see* Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Bear; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                BY THE COURT:

Dated: August 21, 2020                          *s/ Karoline Mehalchick*
                                                                **KAROLINE MEHALCHICK**
                                                                **United States Magistrate Judge**